# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute of Hearing

**Hearing Information:**

Debtor: JOSE RIVERA MERCADO   ☒   Case Number: 16-03242-MGF

Joint Debtor: ____   Chapter: 13

Date / Time / Room: 6-28-2016 at 1:30 PM   Courtroom: 03

Bankruptcy Judge: MILDRED CABAN FLORES

Courtroom Clerk: MARTA BORREGO

Reporter / ECR: EDNA SANABRIA

**Matter:**
MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY ZORAIDA MONTANEZ CARRASQUILLO (DKT #10)

**Appearances:**

Trustee: JOSE CARRION MORALES , Debtor(s)' Attorney: NYDIA GONZALEZ ORTIZ

Movant/Creditor/Others: JOSE VELAZQUEZ ORTIZ

**Proceedings:**

☐ Upon respondent(s)' failure to oppose and to appear at the hearing scheduled for this date, the instant motion is granted and the stay is hereby lifted by default in favor of movant.

☐ Parties agreed to _____ in ___ days or stay is lifted.

☐ Motion to Lift Stay was settled by the parties. Hearing becomes moot.

☐ Stipulation was filed on _____. The hearing became moot. Clerk is to follow up.

☐ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

☐ Movant's request to issue new summons is granted. Clerk is to issue new summons.

☐ Movant's application to withdraw the motion to lift stay is granted.

☐ A Final Hearing will be scheduled for: _____.

☐ Clerk is to give notice of hearing.   ☐ 30-day determination period waived by movant._____.

☐ Case converted. Movant is to request new summons, refile its motion for relief of stay and file a certificate of service within 60 days.

☐ Additional Comments:

Upon the debtor's agreement, the automatic stay is modified to allow Zoraida Montañez Carrasquillo and all other parties to continue litigation against debtor before State Court to proceed to judgment, however, Zoraida Montañez Carrasquillo and all other plaintiffs will not be able to collect any form of compensation or damages, but instead may file an unsecured claim against debtor.